UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHUONG N. DAO, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>THE BOEING COMPANY; and DOES 1-100, inclusive,<br><br>        Defendants. | CASE NO. SACV09-00726 DMG (FFMx)<br><br>**JUDGMENT [JS-6]** |

      This action came on for hearing before the Court on August 13, 2010, before the Honorable Dolly M. Gee upon the Motion for Summary Judgment or in the Alternative, Partial Summary Judgment (the "Motion") by Defendant The Boeing Company ("Defendant" or "Boeing").  The evidence presented having been fully considered, the issues having been duly heard, including the argument of counsel, and a decision having been duly rendered [Doc. # 52],

1         **IT IS ORDERED AND ADJUDGED** that Judgment be and is
2 hereby entered in favor of Boeing, that Plaintiff Phuong Dao take
3 nothing, that the action be dismissed with prejudice on the
4 merits, and that Boeing recover its reasonable costs.
5
6 IT IS SO ORDERED.
7
8 DATED: September 2, 2010
9
10
11                                       _____
12                                       THE HONORABLE DOLLY M. GEE
                                      UNITED STATES DISTRICT JUDGE

2